

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITES STATES OF AMERICA | CIVIL ACTION<br>NO. CV04-10015-A |
| VERSUS | |
| HERMAN DORSEY, JR. | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Dorsey's motion to set aside, vacate, or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 28th day of November, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE